**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **ASGAARD FUNDING LLC d.b.a.** | § | |
| **THE AASGAARD COMPANY** | § | |
| | § | |
| **-and-** | § | |
| | § | **Civil Action No. 3:19-cv-01823-B** |
| **THE AASGAARD COMPANY,** | § | |
| **A Texas Partnership** | § | **JUDGE JANE J. BOYLE** |
| | § | |
| **Plaintiffs,** | § | **(JURY TRIAL DEMANDED)** |
| | § | |
| **vs.** | § | |
| | § | |
| **REYNOLDSSTRONG LLC d.b.a.** | § | |
| **Barbell Logic and Barbell Logic** | § | |
| **Online Coaching** | § | |
| | § | |
| **Defendant.** | § | |

**JOINT MOTION FOR ENTRY**
**OF AGREED PROTECTIVE ORDER**

Plaintiffs Asgaard Funding LLC d.b.a. The Aasgaard Company ("Aasgaard") and The Aasgaard Company, A Texas Partnership ("Aasgaard Partnership") (collectively, "Plaintiffs" or the "Aasgaard Entities") and Defendant ReynoldsStrong LLC d.b.a. Barbell Logic and Barbell Logic Online Coaching ("Defendant" or "ReynoldsStrong") file this Joint Motion for Entry of Agreed Protective Order.

1.      The Parties seek the entry of a protective order to facilitate the production and use of sensitive, proprietary, confidential, and/or trade secret documents and information.

2.       The Parties jointly request the entry of the Agreed Protective Order attached as Exhibit A.

Accordingly, the Parties request that the Court enter the attached proposed Agreed Protective Order.

Respectfully submitted,

By: */s/ John R. Sigety*
Bruce C. Morris
Texas Bar No. 14469850
KANE RUSSELL COLEMAN LOGAN PC
5051 Westheimer Rd., Suite 1000
Houston, Texas 77056
Telephone: (713) 425-7450
Facsimile: (713) 425-7700
E-mail: bmorris@krcl.com

Michael A. Logan
Texas Bar No. 12497500
John R. Sigety
Texas Bar No. 24083853
KANE RUSSELL COLEMAN LOGAN PC
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4294
Facsimile: (214) 777-4299
E-Mail: mlogan@krcl.com
E-Mail: jsigety@krcl.com

**ATTORNEYS FOR PLAINTIFFS**
**ASGAARD FUNDING LLC d.b.a. THE**
**AASGAARD COMPANY AND THE**
**AASGAARD COMPANY, A TEXAS**
**PARTNERSHIP**

By: */s/ Geoffrey M. Dureska*
David R. Keesling, OBA No. 17881
Destyn D. Stallings, OBA No. 31718
DUNLAP BENNETT & LUDWIG
6660 South Sheridan Road, Suite 250
Tulsa, Oklahoma
Telephone: (918) 998-9350
Facsimile: (918) 998-9360
E-mail: dkeesling@dbllawyers.com
E-mail: dstallings@dbllawyers.com

Geoffrey M. Dureska (*pro hac vice)*
Ga. Bar No. 783906
DUNLAP BENNETT & LUDWIG
1870 The Exchange, SE, Suite 200
Atlanta, Georgia 30339
Telephone: (404) 692-5953
Facsimile: (404) 596-5283
E-mail: gdureska@dbllawyers.com

Mary Witzel (*pro hac vice)*
VSB No. 88117
DUNLAP BENNETT & LUDWIG
211 Church Street, SE
Leesburg, Virginia 20175
Telephone: (703) 777-7319
Facsimile: (855) 226-8791
E-mail: mwitzel@dbllawyers.com

**ATTORNEYS FOR DEFENDANT**
**REYNOLDSSTRONG d.b.a. BARBELL**
**LOGIC AND BARBELL LOGIC ONLINE**
**COACHING**

#7590457

**CERTIFICATE OF SERVICE**

I certify that on March 25, 2020, I electronically filed the foregoing with the Clerk of Court
by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

_/s/ Bruce C. Morris_
Bruce C. Morris

#7590457