# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| ASGAARD FUNDING LLC d.b.a. § <br> THE AASGAARD COMPANY § <br> § <br> -and- § <br> § Civil Action No. 3:19-cv-01823-B <br> THE AASGAARD COMPANY, § <br> A Texas Partnership § JUDGE JANE J. BOYLE <br> § <br> Plaintiffs, § (JURY TRIAL DEMANDED) <br> § <br> vs. § <br> § <br> REYNOLDSSTRONG LLC d.b.a. § <br> Barbell Logic and Barbell Logic § <br> Online Coaching § <br> § <br> Defendant. § | |

## AGREED FINAL JUDGMENT AND PERMANENT INJUNCTION

On this day came on to be considered the Agreed Motion for Entry of Final Judgment, filed by Plaintiffs Asgaard Funding LLC d.b.a. The Aasgaard Company and The Aasgaard Company, a Texas Partnership (collectively "Plaintiffs") and Defendant ReynoldsStrong LLC d.b.a. Barbell Logic and Barbell Logic Online Coaching ("Defendant") (the "Agreed Motion"). Having considered the Agreed Motion, the Court is of the opinion that the Agreed Motion should be GRANTED. The Court further finds that:

1. This suit is an action for trademark infringement and this Court has jurisdiction under 28 U.S.C. § 1338 because it arises under 15 U.S.C. § 1121.

2. Plaintiffs and Defendant have announced that they have resolved their differences in this action and in connection therewith have agreed to the entry of this Final Judgment and Permanent Injunction.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** by the Court that**:**

1. Defendant and its subsidiaries, affiliates, officers, directors, owners, members, agents,[1] servants, interns, employees and all those in privity with or persons acting in concert or participation with Defendant, **ARE HEREBY PERMANENTLY RESTRAINED AND ENJOINED** from directly or indirectly doing, aiding, causing or abetting any of the following:

a) Using in any manner,[2] any trademark, brand name, trade name, insignia, slogan, logo, trade dress, service mark, design, web domain, social media account name, company name or assumed name that resembles, in whole or in part, (1) Plaintiffs' Marks or Websites/Social Media Accounts as identified in Exhibit A attached to this Order (collectively "Plaintiffs' Marks") that is (i) likely to cause a false representation or (ii) likely to cause confusion, mistake, or deception with respect to origin, relationship or sponsorship by or with Plaintiffs or (2) any other confusingly similar use by Defendant that is (i) likely to cause a false representation or (ii) likely to cause confusion, mistake, or deception with respect to origin, relationship or sponsorship by or with Plaintiffs;

b) Representing by words, advertisements, or any conduct that Defendant or any product or service offered for sale by Defendant is authorized, sponsored, affiliated or otherwise connected with Plaintiffs' Marks ;

c) Directly or indirectly engaging in any acts or activities with the purpose or effect of trading upon or diluting Plaintiffs' Marks;

d) Using in any manner any trademark, service mark, logo, advertising, trade name, trade dress, or assumed name containing the words "starting strength," "ssoc" or "Aasgaard" alone or in combination with other words or letters; and

---

[1] The term "agents" when used in reference to Defendant shall include independent contractors acting either directly or indirectly at the direction or under the authority of Defendant.

[2] For purposes of this Order, "[u]sing in any manner" means, for example, in connection with any of Defendant's businesses using or referencing in promotions, gym décor, social media postings, YouTube videos, documents, webpages, Instagram accounts, LinkedIn accounts, Facebook accounts, business cards, signage, advertising materials, hard materials, etc. However, nothing herein shall prohibit any Party from referencing any Starting Strength credential. In referencing such Starting Strength credentials, Defendant shall not disparage Plaintiffs or Starting Strength in any way.

    e)  Using and/or referencing in any manner Plaintiffs' Websites/Social Media Accounts or any confusingly similar websites and/or social media accounts.

  2.  Each party shall bear their own costs.

  3.  The parties waive any right to appeal from this Injunction.

  4.  This Court shall retain jurisdiction to enforce the terms of this Injunction.

  5.  This is a FINAL JUDGMENT and finally disposes of all parties and all claims.

Signed this 10th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE
JANE J. BOYLE

**AGREED TO AND ENTRY REQUESTED:**

By: /s/ Bruce C. Morris
 Bruce C. Morris
 Texas Bar No. 14469850
 KANE RUSSELL COLEMAN LOGAN PC
 5051 Westheimer Rd., Suite 1000
 Houston, Texas 77056
 Telephone: (713) 425-7450
 Facsimile: (713) 425-7700
 E-mail: bmorris@krcl.com

 Michael A. Logan
 Texas Bar No. 12497500
 John R. Sigety
 Texas Bar No. 24083853
 KANE RUSSELL COLEMAN LOGAN PC
 901 Main Street, Suite 5200
 Dallas, Texas 75202
 Telephone: (214) 777-4294
 Facsimile: (214) 777-4299
 E-Mail: mlogan@krcl.com
 E-Mail: jsigety@krcl.com

**ATTORNEYS FOR PLAINTIFFS ASGAARD FUNDING LLC d.b.a. THE AASGAARD COMPANY AND THE AASGAARD COMPANY,**

**A TEXAS PARTNERSHIP**

By: /s/ David R. Keesling
    David R. Keesling, OBA No. 17881
    Destyn D. Stallings, OBA No. 31718
    DUNLAP BENNETT & LUDWIG
    6660 South Sheridan Road, Suite 250
    Tulsa, Oklahoma
    Telephone: (918) 998-9350
    Facsimile: (918) 998-9360
    E-mail: dkeesling@dbllawyers.com
    E-mail: dstallings@dbllawyers.com

    Geoffrey M. Dureska (pro hac vice)
    Ga. Bar No. 783906
    DUNLAP BENNETT & LUDWIG
    1870 The Exchange, SE, Suite 200
    Atlanta, Georgia 30339
    Telephone: (404) 692-5953
    Facsimile: (404) 596-5283
    E-mail: gdureska@dbllawyers.com

    Mary Witzel (pro hac vice)
    VSB No. 88117
    DUNLAP BENNETT & LUDWIG
    211 Church Street, SE
    Leesburg, Virginia 20175
    Telephone: (703) 777-7319
    Facsimile: (855) 226-8791
    E-mail: mwitzel@dbllawyers.com

**ATTORNEYS FOR DEFENDANT REYNOLDSSTRONG d.b.a. BARBELL LOGIC AND BARBELL LOGIC ONLINE COACHING**

# EXHIBIT A

## PLAINTIFFS' MARKS

STARTING STRENGTH

SSOC

STARTING STRENGTH ONLINE COACHING

AASGAARD

## PLAINTIFFS' WEBSITES/MEDIA SITES

www.startingstrength.com

www.aasgaardco.com

www.startingstrengthonlinecoaching.com

www.ssonlinecoaching.com

www.startingstrength.org

startingstrength.coach

startingstrengthequipment.com

startingstrengthequipmentcompany.com

startingstrengthpodcast.com

thestartingstrengthpodcast.com

www.facebook.com/OfficialStartingStrength/

https://www.facebook.com/mark.rippetoe.7/

https://www.facebook.com/groups/StartingStrength/

www.twitter.com/SSstrength

https://twitter.com/CoachRippetoe

www.instagram.com/startingstrength

YouTube Channel at https://www.youtube.com/user/AasgaardCo